IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARC NORFLEET, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ILLINOIS DEPARTMENT OF )<br>CORRECTIONS, PATRICK KEANE, )<br>GLADYSE C. TAYLOR, and SHERRY )<br>BENTON, )<br>)<br>Defendants. | Case No. 15-CV-1279-SMY-DGW |

# <u>MEMORANDUM AND ORDER</u>

This matter is before the Court on the Report and Recommendation of Magistrate Judge Wilkerson (Doc. 41). Judge Wilkerson recommends that the undersigned deny Plaintiff's Motion for Preliminary Injunction (Doc. 6). Plaintiff did not file an objection to the Report. For the following reasons, Judge Wilkerson's Report and Recommendation is adopted in its entirety.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id*. "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court, having received no objection to the Report and having reviewed Plaintiff's motions and the case history, finds that the Report is not clearly erroneous. Accordingly, the Report of Magistrate Judge Wilkerson (Doc. 41) is **ADOPTED** and Plaintiff's request for a

Preliminary Injunction (Doc. 6) is **DENIED**.

**IT IS SO ORDERED.**

**DATED: October 3, 2016**

s/ Staci M. Yandle
**STACI M. YANDLE**
**United States District Judge**
